IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE RAMIREZ TORRES, | No. CIV S-09-0531-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| JOHN HAVILLAND, | |
| Respondent. | |
| _____ / | |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 5, 2009, the court directed petitioner to resolve the fee status for this case. On May 27, 2009, petitioner filed a notice of change of address and request for a new in forma pauperis application. Petitioner states that he was unable to obtain a completed in forma pauperis application before being transferred to another prison. Good cause appearing therefor, the court will direct the Clerk of the Court to forward petitioner a new in forma pauperis application form, and will sua sponte extend the time for petitioner to comply with the court's May 5, 2009, order. Petitioner is again warned that failure resolve the fee status may result in the dismissal of this action for lack of prosecution and failure to comply

1

1  with court rules and orders.  <u>See</u> Local Rule 11-110.

2              Accordingly, IT IS HEREBY ORDERED that:

3       1.    Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee; and

6       2.    The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 8, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2