**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROSE RAMIREZ TORRES,                    No. CIV S-09-0531-MCE-CMK-P

        Petitioner,

     vs.                                   <u>ORDER</u>

JOHN HAVILLAND,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks the appointment of counsel (Doc.

13).  There currently exists no absolute right to appointment of counsel in habeas proceedings.

<u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A

authorizes the appointment of counsel at any stage of the case "if the interests of justice so

require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not

find that the interests of justice would be served by the appointment of counsel.  Further requests

for the appointment of counsel will not be considered.

/ / /

/ / /

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment

2  of counsel (Doc. 14) is denied.

4  DATED:  July 20, 2009

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE