IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE RAMIREZ TORRES, | No. 2:09-cv-00531-MCE-CMK-P |
| Petitioner, | |
| v. | ORDER |
| JOHN HAVILLAND, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's requests for a certificate of appealability (Docs. 32 and 33). A review of the docket reflects that the court has previously declined to issue a certificate of appealability and that petitioner's appeal was processed to the Ninth Circuit Court of Appeals for consideration by that court. Petitioner's current requests for a certificate of appealability are denied as duplicative.

IT IS SO ORDERED.

Dated: February 11, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1