DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JOSE RAMIREZ TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ TORRES, | No. CIV S-09-0531 MCE CMK P |
| Petitioner, | |
| | **ORDER SUBSTITUTING ATTORNEYS** |
| v. | |
| JOHN HAVILLAND, | |
| Respondent. | Judge: Honorable Craig M. Kellison |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Krista Hart, Attorney at Law, P.O. Box 188794, Sacramento, CA  95818, telephone, (916) 498-8398, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

The parties shall file a joint status report on or before December 1, 2011.

DATED: November 2, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE