UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ TORRES, | No. 2:09-cv-0531 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| MARION SPEARMAN, Warden, | |
| Respondent. | |

This petition for writ of habeas corpus was dismissed without prejudice by <u>Order</u>, filed on September 18, 2013, the case was closed and judgment was entered accordingly. Petitioner has now filed a first amended petition on April 2, 2014 in this closed case, which must be stricken and re-opened as a new case.

Accordingly, IT IS ORDERED that the Clerk of the Court:

1. Strike the first amended petition, ECF No. 76, from the docket of this closed case;

2. Open a new case and file the first amended petition in the new habeas proceeding;

3. Assign the new case to District Judge Morrison C. England, Jr., and Magistrate Judge Allison Claire. <u>See</u> L.R. 190(d);

////

////

////

1

4. Make appropriate adjustment in the assignment of civil cases to compensate for this additional assignment.

DATED: April 3, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE